UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:                                    )
CLUGSTON, JOHN W.              )        BANKRUPTCY CASE 09-10122
CLUGSTON, ALTHEA KATHLEEN  )        Chapter 7
                                          )
            DEBTORS.               )

### NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| Claim #1 | Dr. Larry Allen<br>Syracuse Family Practice<br>1033 North Indiana Avenue<br>Syracuse, IN  46567 | $2.25 |
| Claim #7 | Dupont Hospital<br>2520 East Dupont Road<br>Fort Wayne, IN  46825 | $3.07 |

Total Check Amount =  $5.32

Respectfully submitted,

/s/ Dustin M. Roach
Dustin M. Roach, Chapter 7 Trustee
436 East Wayne Street
Fort Wayne, Indiana   46802
Telephone: 260-424-8132
dmrtrustee@vgtlaw.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of October 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

/s/ Dustin M. Roach
Dustin M. Roach, Trustee